# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB SMITH, | 3:20-cv-00299-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

Before the court is Defendants' Notice Regarding the Parties' Joint Pretrial Order (ECF No. 45). Defendants advise that Plaintiff refused a scheduled telephonic conference to discuss Plaintiff's list of exhibits and witnesses to be included in the proposed joint pretrial order which was to be filed before December 9, 2022.

On December 2, 2022, Plaintiff filed a notice stating that he was sitting in a confined cell for a long period of time, had extreme anxiety and was in a "mental state" when he received the telephone call from defense counsel. (ECF No. 46 at 1.)

**IT IS HEREBY ORDERED** that Deputy Attorney General Dorame shall schedule another telephonic conference with Plaintiff.

**IT IS FURTHER ORDERED** that the parties shall have to and including **Friday, January 13, 2023**, to file a proposed joint pretrial order.

DATED: December 12, 2022.



UNITED STATES MAGISTRATE JUDGE