1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Defendants*
   *Daniel Mondragon, Justin Henley*
7  *and David Craig*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  JACOB SMITH,

11                              Plaintiff,        Case No.  3:20-cv-00299-MMD-CSD

12  v.                                            **STIPULATION AND ORDER OF**
                                                  **DISMISSAL WITH PREJUDICE**
13  CHARLES DANIELS, et al.,

14                              Defendants.

15          Plaintiff, Jacob Smith, pro se, and Defendants, Daniel Mondragon, Justin Henley and David

16  Craig by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                  1

1  Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be

2  dismissed with prejudice by order of this Court, with each party to bear his own costs.

3  DATED this 25 day of July, 2023              DATED this 8th day of August, 2023

4                                              AARON D. FORD
                                               Attorney General
5

6  By:                                         By:    /s/ Douglas R. Rands
      JACOB SMITH                                     DOUGLAS R. RANDS, Bar No. 3572
7     Plaintiff Pro Se                               Senior Deputy Attorney General
                                                     100 N. Carson Street
8                                                    Carson City, NV 89701-4717
                                                     (775) 684-1150
9                                                    drands@ag.nv.gov

10                                                   Attorneys for Defendants

11

12

13                                             IT IS SO ORDERED.

14

15                                             US DISTRICT JUDGE

16                                                DATED:    August 9, 2023

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

   I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 8, 2023, I electronically filed the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Jacob Smith #53917
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89701


                                        /s/ Roberta W. Bibee
                                        An employee of the Office
                                        of the Attorney General